# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**121**

**CAF 16-00225**

PRESENT: WHALEN, P.J., SMITH, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

IN THE MATTER OF AALIYAH B., ANTONIO B. AND
BRITTNEY B.
-------------------------------------------
ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, PETITIONER-RESPONDENT;

                ORDER

CHRISTINA B., ALSO KNOWN AS CHRISTINA M.,
RESPONDENT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (PIOTR BANASIAK OF
COUNSEL), FOR RESPONDENT-APPELLANT.

ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (MAGGIE SEIKALY OF COUNSEL),
FOR PETITIONER-RESPONDENT.

TIMOTHY A. ROULAN, ATTORNEY FOR THE CHILDREN, SYRACUSE.

---

     Appeal from a corrected order of the Family Court, Onondaga
County (Julie A. Cecile, J.), entered January 8, 2016 in a proceeding
pursuant to Family Court Act article 10. The corrected order, among
other things, adjudged that respondent had neglected the subject
children.

     It is hereby ORDERED that the corrected order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Family Court.


Entered: February 3, 2017              Frances E. Cafarell
                                  Clerk of the Court